IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br> v. <br><br> MEDSURANT HOLDINGS, LLC et al. <br><br> Defendants | No. 3:23-CV-00501 |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission (EEOC) brought claims in this action against Medsurant Holdings, LLC, Medsurant, LLC, and Medsurant Operating, LLC (collectively "Defendants"), alleging that Defendants violated Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), Title I of the Civil Rights Act of 1991, and the Equal Pay Act ("EPA") by paying a female employee lower wages than were paid to one or more male comparators for performing equal work, by retaliating against the female employee for engaging in protected activity, and by causing her constructive discharge. While Defendants dispute EEOC's allegations, the Parties have agreed to terms for voluntary resolution of the claims through their negotiated Consent Decree (Decree). The Decree is the product of extensive negotiation between the parties, through respective counsel. The parties' terms for resolution are embodied in the Decree and its exhibits, an executed version of which is attached hereto as Exhibit A.

The parties jointly move the Court to adopt and enter the Decree for the reasons stated therein. The parties further submit that, as evidenced by its terms, the Decree is fair, adequate

and reasonable, and is lawful and consistent with Title VII and the EPA. The Decree includes monetary relief for the allegedly aggrieved employee, and further requires affirmative steps concerning anti-discrimination, including steps regarding compensation policies and practices, training, and employee education on rights and protections. The Decree serves the public interest by seeking to effectuate the purposes of Title VII and the EPA.

EEOC's Complaint in this matter may be dismissed upon entry of the Decree, pursuant to its terms.[1]

Dated: January 17, 2024

FOR PLAINTIFF:

/s/ Debra M. Lawrence (w/permission)
Debra M. Lawrence
Regional Attorney

/s/ Maria L. Morocco (w/permission)
Maria L. Morocco
Assistant Regional Attorney

/s/ Thomas D. Rethage
Thomas D. Rethage
Senior Trial Attorney
U.S. EEOC
Philadelphia District Office
801 Market Street, Suite 1000
Philadelphia, PA 19107-3127
Phone: (267) 589-9756
thomas.rethage@eeoc.gov

FOR DEFENDANTS:

/s/ Jennifer S. Rusie (w/permission)
Jennifer S. Rusie
Jackson Lewis P.C.
611 Commerce St., Suite 2803
Nashville, TN 37203
Phone: (615) 565-1664
Jennifer.Rusie@jackson.lewis.com

---

[1] The Parties understand this Motion to suffice as their Joint Mediation Report currently due January 19, 2024. As the Parties have reached terms for resolution of this matter as reflected in the proposed Consent Decree, any need for mediation is now moot