Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>MEDSURANT HOLDINGS, LLC et al.<br><br>Defendants | No. 3:23-CV-00501 |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission (EEOC) brought claims in this action against Medsurant Holdings, LLC, Medsurant, LLC, and Medsurant Operating, LLC (collectively "Defendants"), alleging that Defendants violated Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), Title I of the Civil Rights Act of 1991, and the Equal Pay Act ("EPA") by paying a female employee lower wages than were paid to one or more male comparators for performing equal work, by retaliating against the female employee for engaging in protected activity, and by causing her constructive discharge. While Defendants dispute EEOC's allegations, the Parties have agreed to terms for voluntary resolution of the claims through their negotiated Consent Decree (Decree). The Decree is the product of extensive negotiation between the parties, through respective counsel. The parties' terms for resolution are embodied in the Decree and its exhibits, an executed version of which is attached hereto as Exhibit A.

The parties jointly move the Court to adopt and enter the Decree for the reasons stated therein. The parties further submit that, as evidenced by its terms, the Decree is fair, adequate